# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  5:09CR00245** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALLEN SANDERS,** | ) | **ORDER** |
| | ) | |
| | ) | |
| **DEFENDANT** | ) | |

   This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Allen Sanders' ("Defendant") plea of guilty and enter a finding of guilty against Defendant.  (Dkt. # 40).

   On May 27, 2009, the government filed an indictment against Allen Sanders (Dkt. #1). On September 28, 2009, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea.  (Dkt. # 37).

   On September 28, 2009, a hearing was held in which the Defendant entered a plea of guilty to Count 1, conspiracy to defraud the United States, in violation of 18 U.S.C. § 371, before the Magistrate Judge.  Magistrate Judge Limbert received the Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty (Dkt. #40).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. § 371. The sentencing will be held on December 8, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

          **/s/ Peter C. Economus - October 14, 2009**
          **PETER C. ECONOMUS**
          **UNITED STATES DISTRICT JUDGE**